Daniel R. Lyddy. — Decree affirmed, with costs. Opinion by Van Brunt, P. J.

William F. Lennon. Appellant. v. Mary A. Stiles, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Ella L. Winton, Respondent, v. William Livey and others, Appellants. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

Adam Henderson, as Administrator, etc., Appellant, v. The Knickerbocker Ice Company, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

George J. Cohen, Respondent, v. Theodore K. Hazard, Administrator, etc. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Behrman, Respondent, v. Frederick C. Linde and others, Appellants. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

John M. Masterton, Appellant, v. James Boyce, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Benjamin Richardson, Appellant, v. John Davidson, Respondent. — Order vacating injunction affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Frederick Reck, Appellant, v. The Phœnix Insurance Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Alden B. Stockwell. Appellant, v. James Boyce, Respondent. — Judgment affirmed. Opinion by Van Brunt, P. J.

John Keenan, Respondent, v. John O'Brien and others, Appellants. — Order reversed, with ten dollars costs and disbursements, and the order for the examination of the defendant before trial vacated. Opinion by Van Brunt, P. J.

James H. McVicker, Appellant, v. Italo Campanini, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Frank T. Robinson, Appellant, v. James Boyce, Respondent. — Judgment affirmed. Opinion by Van Brunt, P. J.

George P. Bangs v. James Boyce. — Judgment affirmed. Opinion by Van Brunt, P. J.

Elizabeth Fisher, Respondent, v. William Rankin, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

Paul Williams, Appellant, v. William Hayes, Respondent. — Order affirmed, with costs. Opinion by Macomber, J.

Paul Williams, Appellant, v. William Hayes, Respondent. — Order affirmed, with costs. Opinion by Macomber, J.

Jessie Watson, Appellant, v. E. Frank Coe, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Henrietta Schaffer, Appellant, v. Isaac Schaffer and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

William McCreery and another, Appellants, v. Melville C. Day and others, Respondents. — Judgment affirmed, with costs. Opinion by Macomber, J.

Sophie Luhrs, Plaintiff, v. Anna Luhrs, Defendant. — Exceptions sustained, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

William S. Wright, Administrator, etc., Respondent, v. The Third Avenue Railroad Company, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

Margaret Foster, Respondent, v. Theodore M. Roche, Trustee, etc., Appellant — Order affirmed, with costs and disbursements. Opinion by Macomber, J.

Louis Nordlinger, Appellant, v. Adolph Anderson and others, Respondents. — Judgment affirmed, with costs. Opinion by Macomber, J.

Edwin D. Washburne, Administrator, etc., of Emily V. Washburne, Deceased, Respondent, v. Benjamin C. Wetmore, Administrator, etc., Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

The Staten Island Rapid Transit Railroad Company, Appellant and Respondent, v. The Mayor, etc., of the City of New York, Respondent and Appellant. — Judgment affirmed, without costs. Opinion by Van Brunt, P. J.

Frank Phelps, Appellant, v. Joel E. Erhardt, Receiver, etc., Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

William Nelson, Jr., Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment and order affirmed, with costs. Opinion by Daniels, J.

Mannes Baum v. New York Cotton Exchange. — Motion granted, with ten dollars costs.

Franz Ristchoff v. Charles P. Heckman. — Motion denied.

In the Matter of Lexington Avenue, etc. — Motion granted, with ten dollars costs.

Fritz Grossman v. Supreme Lodge Knights and Ladies of Honor. — Motion denied, with ten dollars costs.

The People of the State of New York v. American Bell Telephone Company. — Motion granted.

M. Marvine Wood v. Charles E. Simmons and others. — Application denied.

Edward E. Britton v. Horace F. Burroughs — Motion granted, with ten dollars costs.

Samuel W. Heymer v. Mary A. Arthur. — Motion denied upon payment of ten dollars costs.

Saly J. Mayer, Respondent, v. Garrett L. Hardy, Appellant. — Motion denied, without costs.

Henry S. Waugh v. Charles O. Bailey. — Motion granted upon appellant giving undertaking in $5,900.

Pauline Heckemann v. David B. Young. — Order to show cause granted.

George Munro, Appellant, v. Ormond G. Smith and others, Respondents. — Motion denied.

Jerome F. Manning v. Henry Amy. — Motion granted unless papers served within thirty days.

Robert F. Minto v. William Austin and others. — Motion denied.

William D. Atkinson v. Rudolph Oelsner. — Motion denied upon payment by appellant of ten dollars.

Elizabeth R. Coggeshall v. Rudolph Bohm. — Motion denied.

Samuel F. Meyers v. Elbert A. Tabor. — Motion granted, with costs, unless appellant stipulates to argue at next General Term.

In the Matter of Widening Fifth Avenue. — Motion granted.

Robert J. Howe v. Joseph J. Morehouse. — Motion denied.

James Perrow v. David A. Lindsay. — Order amended as directed in memorandum.

Gustav Kuhn v. Annie J. Kuhn. — Motion to dismiss appeal denied.

In the Matter of Phœbe Smith. — Motion denied upon payment of ten dollars costs by appellant and stipulation to argue at the next term.

Catherine Reynolds v. Bertha Rodding. — Motion denied.

In the Matter of the Mayor, etc., of the City of New York to Acquire Title, etc., *In re* Ellis. — Mem. *Per Curiam.*

Prescott Hall Butler v. Nathaniel Jarvis, Jr. — Motion for resettlement denied.

Prescott H. Butler v. Nathaniel Jarvis, Jr. — Stay on the judgment on appeal to Court of Appeals ordered and allowed; but not to pre-

vent the collection of any securities deposited for the benefit of the plaintiff.

In the Matter of George Keller. — Motion denied. See Mem.

In the Matter of Augustus A. Levey. — Order of reference signed.

In the Matter of Zenobia Hanfield. — Reference ordered.

In the Matter of Mary Ann Hunt. — Order of reference signed.

In the Matter of John McQuade. — Reference ordered; notice of proceedings to be given to Suburban Rapid Transit Company.

In the Matter of Eleanor Rowland. — Order of reference signed.

In the Matter of Julia Huerstel. — Order of reference to take proof as to title granted.

In the Matter of Henry Morrison. — Notice ordered to be given to owners of equity.

## FIFTH DEPARTMENT, JUNE TERM, 1889.

The People of the State of New York, Respondent, v. Caroline Smith and another, Appellants. — Judgment and conviction affirmed and case remitted to the Court of Sessions of Erie county to proceed thereon.

Daniel W. Jones, Respondent, v. William R. Crumb and others, Appellants. — Judgment reversed and new trial granted before another referee. Costs of this appeal to abide the event. Opinion by Barker, P. J.

Jonas P. Varnum, Receiver, etc., Respondent, v. E. Kirk Hart and others, Appellants, Impleaded, etc. — Judgment modified in accordance with opinion of Barker, P. J., and as modified affirmed, with costs. Ordered to be settled by Barker, P. J.

In the Matter of the Application of William Spalding, Respondent, v. The County Treasurer of Niagara County, Appellant. — Order affirmed. Opinion by Barker, P. J.

George W. Cole, Appellant, v. Sidney B. Roby, Respondent. — Order affirmed, with costs.

Samuel Bryant, as Administrator, Respondent, v. The Town of Randolph, Appellant. — Judgment and order reversed. New trial granted, costs to abide event. Opinion by Macomber, J.; Barker, P. J., not voting.

Betsy Whitman, Administratrix, etc., Appellant, v. Matthew F. Foley and others, Respondents. — Case ordered resettled that it may appear whether all the evidence taken by the referee is contained in the record.

James Coddington, Assignee, Appellant, v. Eunice J. Bowen, Respondent. — Judgment modified by striking out the sum of $307.47 costs, and as modified, affirmed, without costs to either party. Opinion by Macomber, J.

Theodore H. Coddington, Appellant, v. Eunice J. Bowen, Respondent. — Judgment affirmed, with costs. Opinion by Macomber, J.

Edward P. Stuart, Trustee, etc., Respondent, v. Russell C. Bates and others, Executors, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dwight, J.

In the Matter of Hiram P. Abbey, a Supposed Lunatic, Appellant. — Order affirmed, with costs of this appeal to abide the final award of costs. Opinion by Macomber, J.

Charles L. Bingham, Receiver, Respondent, v. John Hyland, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dwight, J.; Macomber J. not sitting.

James S. McKay and others, Superintendents of the Poor, Respondents, v. William Welch, Jr., Overseer of the Poor, etc., Appellant. — Judgment reversed and new trial granted before another referee. Opinion by Macomber, J.

Jewell M. Burgdorf, Respondent, v. Benjamin F Odell. Appellant. — Judgment and order reversed and a new trial granted. Opinion by Dwight, J.

Bowers H. Leonard, Executor, etc., Respondent, v. James Brown, Appellant. — Judgment affirmed.

Alice Knight, Respondent, v. The Supreme Council of the Order of Chosen Friends, Appellant. — Order affirmed and judgment directed for the plaintiff on the verdict. Opinion by Macomber, J.

Albert H. Pickard, President, etc., Appellant, v. John Simson, Respondent. — Judgment and order affirmed. Opinion by Dwight, J.

Hiram W. Sibley, Survivor, etc., Plaintiff, v. Chauncey G. Starkweather Defendant. — Motion for new trial granted, with costs to the plaintiff to abide the event. Opinion by Dwight, J.

Allen J. Hastings v. The Brooklyn Life Insurance Company. — Motion for a new trial granted, with costs to the defendant to abide the event. Opinion by Macomber, J.

Sidney U. Smith, Respondent, v. Samuel C. Smith, Appellant. — Judgment affirmed. Opinion by Dwight, J.

William Richardson and others, Respondents, v. James H. Stevens, Appellant. — Judgment of the County Court and of the justice reversed, with costs. Opinion by Macomber, J.

Michael Wolliung, Respondent, v. Jane Akin, Respondent, and Matthew Akin and others, Appellants. — Order of County Court affirmed, with ten dollars costs and disbursements. Opinion by Barker, P. J.

George C. Buell and others. Appellants, v. Benjamin F. Van Camp (Orleans County National Bank, Respondent). — Order reversed, with ten dollars costs and disbursements, Opinion by Macomber, J.

In the Matter of Thomas S. King, Police Justice of Buffalo. — Application for removal denied and petition dismissed, without costs. Opinion by Macomber, J.

Henry L. Fish and others, Respondents, v. Alice M. Colvin, Appellant. — Judgment reversed and new trial granted, with costs of this appeal to the defendant to abide event. Opinion by Dwight, J.

John Broezel, Jr, and others, Appellants, v. The City of Buffalo. Respondent. — Judgment affirmed. Opinion by Macomber, J.

William D. Tabor, Appellant, v. The Board of Supervisors of the County of Erie, Respondent. — Order reversed and motion for new trial granted, with costs of this appeal to abide event. Opinion by Dwight, J. ; Barker, P. J., not voting.

Margaret A. Moore, Respondent, v. William McCartney, Appellant. — Judgment affirmed, with costs.

Morris S. Jackson, Respondent, v. William A. Stace, Appellant, Impleaded, etc. — Judgment and order affirmed.

Christopher Halpin, Respondent, v. Hotchkiss S. Finch, Appellant. — Judgment and order affirmed. Opinion by Macomber, J.

M. Delancy Bellows, Superintendent, etc., Plaintiff, v. David Courter, Overseer, etc., Defendant. — Motion for a new trial denied and judgment ordered for the defendant, dismissing the complaint. Opinion by Dwight, J.

George D. Forsyth and others, Respondents, v. John W. Hannan, Sheriff, etc, Appellant. — Judgment affirmed on the opinion of Morgan, late county judge.